# UNITED STATES DISTRICT COURT
WESTERN DISTSRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:**6:21-03159-01-CR-S-RK** |
| JOHNNY MICHAEL PATROM | USM Number: 11757-059 <br> ***Brian David Risley, AFPD*** <br> Defendant's Attorney |

**THE DEFENDANT:**

☒ stipulates to violating the mandatory, standard, and special conditions of supervised release reflected in the Violation Reports dated 11/29/2023 and 12/20/2023.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** |
|---|---|
| Special | The defendant shall totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants." (VR dated 11/29/2023) |
| Special | The defendant will reside at and successfully complete a year-long sober living program that has been approved by the U.S. Probation Office." (VR dated 11/29/2023) |
| Standard | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." (VR dated 11/29/2023) |
| Special | The defendant shall submit to drug/alcohol screening at the direction of the U.S. Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test result." (VR dated 11/29/2023) |
| Mandatory | The defendant shall not commit another federal, state, or local crime."(VR dated 11/29/2023 and SVR dated 12/20/23) |

    The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. xxx-xx- 3799 | **January 19, 2024** |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth: 07/13/1992 | */s/ Roseann A. Ketchmark* |
| | Signature of Judge |
| City and State of Defendant's Residence: <br> c/o U.S. Marshal's Office, 222 N. John Q. Hammons Parkway, Springfield, MO 65806 | **ROSEANN A. KETCHMARK** <br> **U.S. DISTRICT COURT JUDGE** |
| | Name and Title of Judge |
| | **January 23, 2024** |
| | Date |

DEFENDANT: **JOHNNY MICHAEL PATROM**
CASE NUMBER: 6:21-03159-01-CR-S-RK

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

**12 months on Count(s) 1 of the Indictment.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The defendant be screened for placement at a BOP facility as close to the Mid-Missouri area as possible.**

☒ The defendant is remanded to the custody of the United States Marshal.

# SUPERVISED RELEASE

Upon release from imprisonment, no term of supervised release is ordered.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at　　　　　☐ a.m.　☐ p.m.　on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

　　Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL